# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

Andrea E. Celli, Esq.      Telephone: (518) 449-2043     For payments Only:
Trustee     Facsimile: (518) 449-2473     P.O Box 1918
Bonnie Baker, Esq.         Memphis, TN 38101-1918
Assoc. Attorney

January 14, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   08-11606           Kenneth A. Salzmann

To Whom It May Concern:

Enclosed please find check #919970 in the amount of $0.01 representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

    Claim No.     Debtor refund

    Account#

    Creditor     Kenneth A. Salzmann
                        PO Box 793
                        Troy, NY 12181

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli